1  Kevin J. McInerney (SBN 46941)
   Kevin@mcinerneylaw.net
2  18124 Wedge Parkway, Suite 503
   Reno, Nevada 89511
3  Telephone:   (775) 849-3811
   Facsimile:   (775) 849-3866
4
   Attorney for Plaintiff,
5  LILIANA CANELA

6  SEYFARTH SHAW LLP
   Kenwood C. Youmans (SBN 68258)
   kyoumans@seyfarth.com
7  David D. Kadue (SBN 113578)
   dkadue@seyfarth.com
8  2029 Century Park East, Suite 3500
   Los Angeles, California  90067-3021
9  Telephone:   (310) 277-7200
   Facsimile:   (310) 201-5219
10
   SEYFARTH SHAW LLP
11 William J. Dritsas (SBN 97523)
   wdritsas@seyfarth.com
12 560 Mission Street, 31st Floor
   San Francisco, California  94105
13 Telephone:   (415) 397-2823
   Facsimile:   (415) 397-8549
14
   SEYFARTH SHAW LLP
   Emily Schroeder (SBN 274257)
15 eschroeder@seyfarth.com
   333 S. Hope Street, Suite 3900
16 Los Angeles, California  90071
   Telephone:   (213) 270-9600
17 Facsimile:   (213) 270-9601

18 Attorneys for Defendant,
   COSTCO WHOLESALE CORPORATION

19               UNITED STATES DISTRICT COURT

20        NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

21

| | |
|---|---|
| 22  LILIANA CANELA, individually and on behalf of all others similarly situated, | Case No. 13-cv-03598-CW |
| 23 | **ORDER STAYING ACTION** ~~OR, IN THE ALTERNATIVE, EXTENDING CERTIFICATION FILING DEADLINES~~ |
| 24       Plaintiff,<br>    v. | |
| 25  COSTCO WHOLESALE CORPORATION and DOES 1 through 10, inclusive, | Complaint Filed:    July 2, 2013 |
| 26 | |
| 27       Defendants. | |

28

1

[PROPOSED] ORDER STAYING ACTION ~~OR EXTENDING CERTIFICATION DEADLINES~~
CASE NO.  13-CV-03598-CW

16808085v.1

1    (A) This action is stayed in its entirety pending the California Supreme Court's issuance of an order answering suitable seating questions certified by the Ninth Circuit in *Kilby v. CVS Pharmacy* (12-56130) and *Henderson v. JPMorgan Chase* (13-56095), or, if the California Supreme Court declines to do so, after the Ninth Circuit has ruled on the issue. Within 5 business days of the California Supreme Court or the Ninth Circuit issuing an opinion, an opt-out notice for disclosure of contact information will be sent to a random 25% sample of putative class members and the Parties' class certification filing deadlines will begin 60 days later and proceed on the timeline previously ordered by the Court;

**IT IS SO ORDERED.**

Dated: 2/10/2014

_____
HON. CLAUDIA WILKEN
**UNITED STATES DISTRICT COURT JUDGE**