**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LILIANA CANELA,<br><br>            Plaintiff,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>            Defendants. | Case No.  13-cv-03598-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR MAY 5, 2016** |

The Court SETS a case management conference for May 5, 2016 at 11:00 a.m.  The parties shall file a joint case management statement on or before April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
BETH LABSON FREEMAN
United States District Judge