United States District Court
Northern District of California

1

2

3                              **UNITED STATES DISTRICT COURT**

4                             **NORTHERN DISTRICT OF CALIFORNIA**

5                                  **SAN JOSE DIVISION**

6

7    LILIANA CANELA,                          Case No.  13-cv-03598-BLF

                     Plaintiff,
8
           v.                                  **ORDER LIFTING STAY**
9
                                               [Re: ECF 22, 25]
10   COSTCO WHOLESALE CORPORATION,
     et al.,
11                   Defendants.

12

13         This action was stayed in its entirety pending the California Supreme Court's issuance of

14   an order answering suitable seating questions certified by the Ninth Circuit in *Kilby v. CVS*

15   *Pharmacy* (12-56130) and *Henderson v. JPMorgan Chase* (13-56095). ECF 22. The California

16   Supreme Court rendered its decision in *Kilby* on April 4, 2016, *see* ECF 23, and the parties request

17   that the Court lift the stay in this case, *see* ECF 25. The Court GRANTS the parties' joint request

18   and LIFTS the stay. The case shall proceed according to the Court's forthcoming scheduling order.

19         **IT IS SO ORDERED.**

20

21   Dated: May 5, 2016

22                                             _____
                                               BETH LABSON FREEMAN
23                                             United States District Judge

24

25

26

27

28