UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIANA CANELA,<br>    Plaintiff,<br>  v.<br>COSTCO WHOLESALE CORPORATION, et al.,<br>    Defendants. | Case No. 5:13-cv-03598-BLF<br>**CASE MANAGEMENT ORDER** |

On 05/05/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Class Certification Motion due | 12/22/2016 |
| Response to Class Certification | 02/14/2017 |
| Reply to Response | 03/03/2017 |
| Class Certification Hearing | 03/30/2017 at 9:00 a.m. |
| Last Day to Hear Dispositive Motions | 03/01/2018 at 9:00 a.m. |
| Final Pretrial Conference | 05/10/2018 at 1:30 p.m. |
| Trial | 06/25/2018 at 9:00 a.m. |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

2    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

3    IT IS FURTHER ORDERED THAT this case is referred to a Magistrate Judge for Settlement Discussions to be completed by 06/02/2016.

Dated: 05/05/2016

_____
BETH LABSON FREEMAN
United States District Judge