UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LILIANA CANELA,<br><br>   Plaintiff,<br><br> v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>   Defendants. | Case No. 13-cv-03598-BLF<br><br>**ORDER REMANDING THE CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA** |

Pursuant to the Order and Mandate issued by the United States Court of Appeals for the Ninth Circuit (ECF 74; 76), the Court REMANDS this case to the Superior Court of California, County of Santa Clara. The Clerk shall remand this action and close the case.

**IT IS SO ORDERED.**

Dated: September 1, 2020

_____
BETH LABSON FREEMAN
United States District Judge